HONORABLE PCD    CT/cvmhrg (January 10, 2002)
DEPUTY CLERK P. Villano    RPTR/ERO/TAPE Falcone

TOTAL TIME: ___ hours ___ minutes

DATE 4/6/04    START TIME 1:15p    END TIME 1:10
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___    (if more than 1/2 hour)

Derrick McGriff    CIVIL NO. 3:00cv1120 PCD

vs.

City of Hartford, et al

A. Paul Spinella
Plaintiff's Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

William Melley
Defendant's Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing  
☐ (contmphrg.) Contempt Hearing  
☐ (pchrg.) Probable Cause Hearing  
☐ (mischrg.) Miscellaneous Hearing  

☐ (confmhrg.) Confirmation Hearing  
☐ (evidhrg.) Evidentiary Hearing  
☐ (fairhrg.) Fairness Hearing  

☐ (showhrg.) Show Cause Hearing  
☐ (jdbexam.) Judgment Debtor Exam  
☐ (sethrg.) Settlement Hearing  

MOTION DOCUMENT NO.

| | # | Motion | granted / denied / advisement |
|---|---|---|---|
| ☐ | # | Motion | granted / denied / advisement |
| ☐ | # | Motion | granted / denied / advisement |
| ☐ | # | Motion | granted / denied / advisement |
| ☐ | # | Motion | granted / denied / advisement |
| ☐ | # | Motion | granted / denied / advisement |
| ☐ | # | Motion | granted / denied / advisement |
| ☐ | | Oral Motion | granted / denied / advisement |
| ☐ | | Oral Motion | granted / denied / advisement |
| ☐ | | Oral Motion | granted / denied / advisement |
| ☐ | | Oral Motion | granted / denied / advisement |

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

☒ Stip of Dismissal    ☐ filed ☐ docketed

___ Hearing continued until ___ at ___