UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Derrick MCGRIFF,
    Plaintiff,
vs.                                              :Civil No. 3:00cv1120(PCD)

CITY OF HARTFORD et. al,
    Defendants.

## STIPULATION OF DISMISSAL AND ORDER

The parties hereby stipulate to the dismissal of this action, with prejudice and without costs, pursuant to FED. R. CIV. P. 41(a).

SO ORDERED.

Dated at New Haven, Connecticut, April ___, 2004.

_____
A. Paul Spinella, Esq.
Attorney for Plaintiff

_____
William J. Melley, III, Esq.
Attorney for Defendant

## ORDER

The stipulation is approved. The above entitled action is hereby dismissed with prejudice.

SO ORDERED.

Dated at New Haven, Connecticut, this 6th of April, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court