# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Derrick MCGRIFF,                        :
    Plaintiff,                    :
vs.                                     :Civil No. 3:00cv1120(PCD)
                                  :
CITY OF HARTFORD et. al,                :
    Defendants.                   :

## <u>STIPULATION OF DISMISSAL AND ORDER</u>

The parties hereby stipulate to the dismissal of this action, with prejudice and without

costs, pursuant to FED. R. CIV. P. 41(a).

SO ORDERED.

Dated at New Haven, Connecticut, April _____ 2004.

_____
A. Paul Spinella, Esq.
Attorney for Plaintiff


_____
William J. Melley, III, Esq.
Attorney for Defendant

## ORDER

The stipulation is approved.  The above entitled action is hereby dismissed with prejudice.

SO ORDERED.

Dated at New Haven, Connecticut, this 6th of April, 2004.

_____
Peter C. Dorsey, U.S. District Judge
United States District Court

2