UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Peter C. Dorsey, U. S. D. J.
141 Church Street
New Haven
Conference Room #106

*Held*

Tuesday, April 6, 2004

9:00 A.M.

CASE NO.   3-00-CV-1120 (PCD)   Derrick McGriff v. City of Hartford, et al.

COUNSEL OF RECORD:

| | |
|---|---|
| A. Paul Spinella, Esq. | Law Offices of A. Paul Spinella & Associates<br>One Lewis Street, Hartford, CT   06103<br>860-728-4900 |
| William J. Melley, III, Esq. | Law Offices of William J. Melley, III<br>250 Hudson Street, Hartford, CT   06106<br>860-247-9933 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*3/16/04*